IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**MICHELLE M.,**

    **Plaintiff,**

    vs.                                                  CIV NO. 1:24-cv-01198-KRS

**LELAND DUDEK,**
**Acting Commissioner of Social Security,**

    **Defendant.**

## ORDER

THIS MATTER comes before the Court *sua sponte*, following a review of the record. On February 12, 2025, the Court ordered *pro se* Plaintiff to cure deficiencies and file an amended complaint. Plaintiff timely filed an Amended Complaint on March 7, 2025. (Doc. 7). Plaintiff also paid the mandated filing fee instead of a Motion to Proceed *In Forma Pauperis*. (Doc. 6).

**IT IS HEREBY ORDERED** that:

1. On or before **May 20, 2025**, Defendant shall answer the Amended Complaint;

2. Plaintiff shall file and serve a Motion to Reverse or Remand Agency Decision with Supporting Memorandum no later than **30 days after** Defendant files an answer/administrative record;

3. Defendant's Response, if any, shall be filed and served no later than **30 days after** Plaintiff files her Motion to Reverse or Remand Agency Decision with Supporting Memorandum;

4. Plaintiff's Reply, if any, shall be filed and served no later than **14 days after** Defendant files a Response;

5. All motions, responses, replies, and supporting memoranda shall specifically cite

to the administrative record for assertions of fact (*e.g.*, AR 15) and that legal propositions shall be supported by appropriate authority; and

6. All requests for extensions of time altering the deadlines set in this Order shall be made through a motion to the Court. If the parties concur in seeking an extension of time, they shall submit a stipulated proposed order for Court approval.

**IT IS FURTHER ORDERED** that the Clerk is hereby directed to transmit the required Notice pursuant to Rule 3 of the Supplemental Rules for Social Security Actions under 42 U.S.C. 405(g).

**IT IS SO ORDERED.**

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE