IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**MICHELLE M.,**

    **Plaintiff,**

    **vs.**         CIV NO. 1:24-cv-01198-KRS

**FRANK BISIGNANO,**[1]
**Acting Commissioner of Social Security,**

    **Defendant.**

## ORDER FOR EXTENSION

THIS MATTER coming before the Court upon Defendant's Motion for an Extension of Time to Answer or Otherwise Respond to Plaintiff's Amended Complaint (the "Motion"), (Doc. 15), filed May 20, 2025. In the Motion, Defendant requests a 30-day extension to administratively resolve the issues raised in the Amended Complaint or to otherwise respond to the Amended Complaint. (Doc. 15) at 1. Plaintiff opposes the Motion on the grounds that "this case is settled." *Id.* To date, *pro se* Plaintiff has not filed a motion to voluntarily dismiss this case and, thus, the Court finds the civil matter is not resolved. Given that the requested extension would promote judicial efficiency by determining whether the case has been resolved at the administrative level and, thereby, prompting the parties to file a joint motion to voluntarily dismiss this case the Court hereby **GRANTS** the Motion.

    **IT IS THEREFORE ORDERED** that Defendant file his Answer or otherwise respond to

---

[1] Frank Bisignano became the Acting Commissioner of Social Security on May 6, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted for Leland Dudek as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Plaintiff's Amended Complaint no later than **June 20, 2025**. **IT IS FURTHER ORDERED** that Plaintiff may file a reply, if any, fourteen (14) days after Defendant files his Answer or otherwise responds to the Amended Complaint.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE