IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**MICHELLE M.,**

    **Plaintiff,**

    vs.                                                                                   CIV NO. 1:24-cv-01198-KRS

**FRANK BISIGNANO,**
**Acting Commissioner of Social Security,**

    **Defendant.**

### ORDER GRANTING MOTION TO WITHDRAW
### JOINT MOTION FOR ENTRY OF SETTLEMENT AGREEMENT
### AND MOTION FOR EXTENSION OF TIME TO RESPOND

THIS MATTER coming before the Court upon Defendant's Motion to Withdraw Joint Motion for Entry of Settlement Agreement and for Extension of Time (the "Motion"), (Doc. 18), filed June 24, 2025. In the Motion, Defendant seeks to withdraw the Joint Motion for Entry of Settlement Agreement based upon Plaintiff's revocation of the settlement agreement. (Doc. 18) at 2. Accordingly, Defendant also requests 30-days to answer or otherwise respond to Plaintiff's Amended Complaint, (Doc. 7). *Id.* Based on the forgoing, the Court finds Defendant's Motion, (Doc. 18), is well-taken and grants the Motion.

    **IT IS THEREFORE ORDERED** that:

1. Defendant's Motion to Withdraw Joint Motion for Entry of Settlement Agreement and for Extension of Time, (Doc. 18), is **GRANTED**;

2. The Joint Motion for Entry of Settlement Agreement, (Doc. 17), is **withdrawn**;

3. Defendant shall file his Answer or otherwise respond to Plaintiff's Amended Complaint no later than **July 24, 2025**; and

4. Plaintiff may file a reply, if any, fourteen (14) days after Defendant files his Answer or otherwise responds to the Amended Complaint.

                                                            */s/ Kevin Sweazea*
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE